**Jerry BATTLE, Petitioner—Appellant,**

v.

**Joseph V. SMITH, Warden of Federal Correctional Institution Edgefield; United States of America, Respondents—Appellees.**

No. 03–7251.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 20, 2003.

Decided Nov. 10, 2003.

Jerry Battle, pro se.

Christie Newman Barrett, Office of the United States Attorney, Columbia, South Carolina, for Appellees.

Before WILLIAMS, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

PER CURIAM:

Jerry Battle, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Battle v. Smith,* No. CA–02–3625–3–13AJ (D.S.C. July 1, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*